# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5025**

**September Term, 2024**

**1:25-cv-00385-ABJ**

**Filed On: February 11, 2025**

Hampton Dellinger, in his personal capacity
and in his official capacity as Special Counsel
of the Office of Special Counsel,

      Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

      Appellants

     **BEFORE:**    Childs and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay, it is

**ORDERED** that appellee file a response to the emergency motion by 9:00 a.m. on February 12, 2025. Any reply is due by noon on February 12, 2025.

**Per Curiam**

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
          Scott H. Atchue
          Deputy Clerk